IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02829-PAB

ASHWINDER SINGH,

     Petitioner,

v.

JUAN BALTAZAR, Warden of the Denver Contract Detention Facility,
GEORGE VALDEZ, Field Office Director, Denver Field Office, Immigration and Customs Enforcement,
DAVID VENTURELLA, Acting Director of immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, and
TODD BLANCHE, Attorney General of the United States,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 7] of Judge Philip A. Brimmer entered on July 14, 2026, it is

**ORDERED** that Ashwinder Singh's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is GRANTED.  It Is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 16th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
Deputy Clerk